IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRILL DWAYNE MARTIN,<br><br>Defendant. | CR 22–17–M–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 31.) Defendant Terrill Dwayne Martin has been adjudged guilty of possession with intent to distribute methamphetamine as charged in Count II of the Indictment. (Doc. 33.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED the motion (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that Terrill Dwayne Martin's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11):

- Savage, Model 3C, .22 Caliber Rifle, No Serial Number;

1

- 3 Rounds of Winchester 12 Gauge Shotgun Shells;

- Western Field, Model M550AR, 12 Gauge Shotgun, Serial Number B54133;

- 50 Rounds of 9mm Ammunition; and

- Ruger, Model P95, 9mm Pistol, Serial Number 317-99656 with empty magazine and black gun box.

IT IS FURTHER ORDERED that the FBI or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21

U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 8th day of June, 2022.

*[signature: Dana L. Christensen]*

Dana L. Christensen, District Judge
United States District Court