IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRILL DWAYNE MARTIN,<br><br>Defendant. | CR 22–17–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 40.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

2. A Preliminary Order of Forfeiture was entered on June 8, 2022. (Doc. 34.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 35.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1.   The motion for final order of forfeiture (Doc. 40) is GRANTED.

2.   Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11), free from the claims of any other party, the following property:

- Savage, Model 3C, .22 Caliber Rifle, No Serial Number;

- 3 Rounds of Winchester 12 Gauge Shotgun Shells;

- Western Field, Model M550AR, 12 Gauge Shotgun, Serial Number B54133;

- 50 Rounds of 9mm Ammunition; and

- Ruger, Model P95, 9mm Pistol, Serial Number 317-99656 with empty magazine and black gun box.

3.   The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court